# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| STANTON GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No.: |
| | ) | 4:10-cv-66-CDL |
| VALUE PLACE PROPERTY MANAGEMENT LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR C. DAN WYATT, III TO WITHDRAW AS COUNSEL FOR DEFENDANT VALUE PLACE PROPERTY MANAGEMENT, LLC

COMES NOW C. Dan Wyatt, III and, pursuant to MDGA Local Rule 83.1.4, moves to withdraw as counsel for Defendant Value Place Management, LLC. As of October 5, 2011, Mr. Wyatt will be no longer associated with the law firm of Jackson Lewis, LLP and for that reason is withdrawing as Defendant's counsel of record. Counsel of record for Defendant from this point forward will be Emily S. Borna, also of Jackson Lewis, LLP, who has entered a notice of appearance in this matter on October 5, 2011.

Respectfully submitted this 5th day of October, 2011.

| | |
|---|---|
| JACKSON LEWIS LLP | */s/ C. Dan Wyatt, III* |
| 1155 Peachtree Street, NE, Suite 1000 | C. Dan Wyatt, III |
| Atlanta, Georgia 30309 | Georgia Bar No. 778915 |
| Telephone: (404) 525-8200 | Emily S. Borna |
| Facsimile: (404) 525-1173 | Georgia Bar No. 064065 |
| bornae@jacksonlewis.com | ATTORNEYS FOR DEFENDANT |

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| STANTON GREEN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No.: |
| ) | 4:10-cv-66-CDL |
| VALUE PLACE PROPERTY ) | |
| MANAGEMENT LLC, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **Motion for C. Dan Wyatt, III to Withdraw as Counsel for Defendant Value Place Property Management, LLC** electronically with the Clerk of Court using the CM/ECF system, and notice thereof was served via U.S. mail to:

> Stanton Green
> #39 Regatta Court
> Columbus, Georgia 31093

This 5th day of October, 2011.

                                                   */s/ Emily S. Borna*
                                                   Emily S. Borna